UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

MARY A. BIGNALL,                                    Case No. DL 08-01808
                                                    Chapter 7
            Debtor.                                 Hon. Scott W. Dales
_____/

## ORDER

PRESENT:   HONORABLE SCOTT W. DALES
           United States Bankruptcy Judge

For the reasons set forth in the court's Memorandum of Decision dated November 21, 2008, the Trustee's Objection to the Debtor's exemption in certain real estate in Cedar Springs, Michigan (Docket No. 27) is OVERRULED.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of the Memorandum of Decision dated November 21, 2008 and this Order upon Mary A. Bignall, Marshall A. Yee, Esq., and Kelly M. Hagan, Esq.,

**IT IS SO ORDERED.**          _____          **Dated: November 21, 2008**
                                          Scott W. Dales
                                          United States Bankruptcy Judge